**Motion Granted; Petition for Writ of Mandamus Dismissed; and Memorandum Opinion filed August 28, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00737-CR

### IN RE LEON HARRISON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**230th District Court**
**Harris County, Texas**
**Trial Court No. 635921**

## MEMORANDUM OPINION

On August 13, 2012, relator Leon Harrison, an inmate proceeding *in forma pauperis,* filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Belinda Hill, presiding judge of the 230th District Court of Harris County, to conduct a hearing and appoint new counsel to represent him in a motion for post-conviction forensic DNA testing pursuant to Chapter 64 of the Texas Code of Criminal Procedure.

On August 17, 2012, relator filed a motion to withdraw his petition for writ of mandamus, stating that he and his attorney have "come to an understanding" with the respondent and are proceeding with his post-conviction case. We grant relator's request.

Accordingly, we order the petition for writ of mandamus dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).